UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK HORN**                                                                          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.1:05CV709 LTS-RHW**

**TIM REYNOLDS and**
**ALLSTATE INSURANCE COMPANY**                          **DEFENDANTS**

<u>**ORDER**</u>

Plaintiffs have voluntarily dismissed Defendant Tim Reynolds as a party to this litigation. This action renders the motion to remand [2] and Defendant Reynolds's motion for summary judgment [13] moot.

Accordingly, it is

**ORDERED**

That the Plaintiff Mark Horn's motion to remand [2] is hereby **DENIED AS MOOT**; and

That Defendant Tim Reynolds's motion for summary judgment [13] is hereby **DENIED AS MOOT.**

**SO ORDERED** this 31st day of August, 2006.

s/ *L. T. Senter, Jr.*

Senior Judge